Herman **BERMAN,** Appellant, v. Robert E. **CLARK,** United States Marshal, Appellee.

No. 10669.

Circuit Court of Appeals, Ninth Circuit.

Aug. 11, 1944.

A. L. Wirin, of Los Angeles, Cal., for appellant.

Charles H. Carr, U. S. Atty., and James M. Carter and Mildred L. Kluckhohn, Asst. U. S. Attys., all of Los Angeles, Cal., for appellee.

Before DENMAN, MATHEWS, and STEPHENS, Circuit Judges.

PER CURIAM.

The order is affirmed. Enge v. Clark, Marshal, 9 Cir., 144 F.2d 638.

MATHEWS, Circuit Judge (concurring in the result).

The order should be affirmed upon the authority of the cases cited in my concurring opinion in Enge v. Clark, 9 Cir., 144 F.2d 638.